PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY, CA SBN 263027
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4827
    Facsimile: (415) 744-0134
    E-Mail: Sharon.Lahey@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| BEVERLY SUE MACGREGOR,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | 2:21-cv-00021-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 45-day extension from March 7, 2022 through April 21, 2022 to respond to Plaintiff's Motion for Summary Judgment. Defendant's counsel unexpectedly went out on extended leave for health reasons on February 8, 2022, and has just returned today, March 7, 2022. Defendant's counsel needs the additional time to review the

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

record and draft the responsive motion in this case. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Charles E. Binder & Harry J. Binder, LLP

Dated: March 7, 2022 /s/ Young Bin Yim by Sharon Lahey*
*As authorized *via* email on March 7, 2022
Young Bin Yim
Attorney for Plaintiff

Dated: March 7, 2022 PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Sharon Lahey
SHARON LAHEY
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED:

Dated: March 8, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE